UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates to:*<br>ZERA MCLEAN | CASE NO. 2:18-md-2846<br><br>CHIEF JUDGE EDMUND A. SARGUS, JR.<br>Magistrate Judge Kimberly A. Jolson<br><br>Civil Action No: 2:22-cv-3596 |

## SHORT FORM COMPLAINT

Plaintiff(s) file(s) this Short Form Complaint pursuant to Case Management Order No. 9 and is/are to be bound by the rights, protections, and privileges and obligations of that Order. Plaintiff(s) hereby incorporate(s) the Master Complaint in MDL No. 2846 by reference. Plaintiff(s) further show(s) the Court as follows:

1. The name of the person implanted with Defendants' Hernia Mesh Device(s):

   Zera McLean

2. The name of any consortium Plaintiff (if applicable):

   N/A

3. Other Plaintiff(s) and Capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. State of Residence:

   North Carolina

5. District Court and Division in which action would have been filed absent direct filing:

   Eastern District of North Carolina

6. Defendants (Check against whom Complaint is made):

    ☒   A. Davol, Inc.

    ☒   B. C.R. Bard, Inc.

    ☐   C. Other (please list: _____).

7. Identify which of Defendants' Hernia Mesh Device(s) was/were implanted (Check device(s) implanted:

    ☐   3DMax Mesh

    ☐   3DMax Light Mesh

    ☐   Bard (Marlex) Mesh Dard

    ☐   Bard Mesh

    ☐   Bard *Soft* Mesh

    ☐   Composix

    ☒   Composix E/X

    ☐   Composix Kugel Hernia Patch

    ☐   Composix L/P

    ☐   Kugel Hernia Patch

    ☐   Marlex

    ☐   Modified Kugel Hernia Patch

    ☐   PerFix Light Plug

    ☐   PerFix Plug

    ☐   Sepramesh IP

    ☐   Sperma-Tex

☐ Ventralex Hernia Patch

☐ Ventralex ST Patch

☐ Ventralight ST

☐ Ventrio Patch

☐ Ventrio ST

☐ Visilex

☐ Other (please list in space provided below):

_____.

8. Defendants' Hernia Mesh Device(s) about which Plaintiff is making a claim (Check applicable device(s)):

☐ 3DMax Mesh

☐ 3DMax Light Mesh

☐ Bard (Marlex) Mesh Dard

☐ Bard Mesh

☐ Bard *Soft* Mesh

☐ Composix

☒ Composix E/X

☐ Composix Kugel Hernia Patch

☐ Composix L/P

☐ Kugel Hernia Patch

☐ Marlex

☐ Modified Kugel Hernia Patch

☐ PerFix Light Plug

☐ PerFix Plug

☐ Sepramesh IP

☐ Sperma-Tex

☐ Ventralex Hernia Patch

☐ Ventralex ST Patch

☐ Ventralight ST

☐ Ventrio Patch

☐ Ventrio ST

☐ Visilex

☐ Other (please list in space provided below):

_____

9. Date of implantation and state of implantation: <u>03/18/2003; North Carolina</u>

10. As of the date of filing of this Short Form Complaint, has the person implanted with Defendants' Hernia Mesh Device(s) had subsequent surgical intervention due to the hernia Mesh Device(s)?:   Yes ☒   No ☐

11. Basis of Jurisdiction:

    ☒ Diversity of Citizenship

    ☐ Other: _____

12. Counts in the Master Complaint adopted by Plaintiff(s):

☒ Count I – Strict Product Liability – Defective Design

☒ Count II – Strict Product Liability – Failure to Warn

☒ Count III – Strict Product Liability – Manufacturing Defect

☒ Count IV - Negligence

☒ Count V – Negligence Per Se

☒ Count VI – Gross Negligence

☒ Count VII – State Consumer Protection Laws (Please identify applicable State Consumer Protection law(s)):

<u>Violation of North Carolina General Statutes Chapter 75 et seq.: Monopolies, Trusts and Consumer Protection.</u>

☒ Count VIII – Breach of Implied Warranty

☒ Count IX – Breach of Express Warranty

☒ Count X – Negligent Infliction of Emotional Distress

☒ Count XI – Intentional Infliction of Emotional Distress

☒ Count XII – Negligent Misrepresentation

☒ Count XIII – Fraud and Fraudulent Misrepresentation

☒ Count XIV – Fraudulent Concealment

☐ Count XV – Wrongful Death

☐ Count XVI – Loss of Consortium

☒ Count XVII – Punitive Damages

☒ Other Count(s) (please identify and state factual and legal bases for other claims not included in the Master Complaint below):

Discovery Rule. Equitable Tolling/Estoppel.

☒ Jury Trial is Demanded as to All Counts

☐ Jury Trial is NOT Demanded as to All Counts; if Jury Trial is Demanded as to Any Count(s), identify which ones (list below)

Respectfully Submitted by,

/s/Fletcher V. Trammell

**Counsel for Plaintiff**
Fletcher V. Trammell
Texas State Bar No. 24042053
3262 Westheimer, Suite 423
Houston, Texas 77098
Telephone: (800) 405-1740
Facsimile:(800)532-0992
fletch@trammellpc.com